Cite as 2020 Ark. 229

# SUPREME COURT OF ARKANSAS

No. CR-18-962

KENNETH HINTON

PETITIONER

V.

STATE OF ARKANSAS

RESPONDENT

Opinion Delivered: June 4, 2020

PRO SE MOTION FOR COPY OF PETITIONER'S BRIEF AND RECORD ON APPEAL LINCOLN COUNTY CIRCUIT COURT [NO. 40CR-13-13]

MOTION MOOT.

**SHAWN A. WOMACK, Associate Justice**

Petitioner Kenneth Hinton was denied postconviction relief in the trial court where he was convicted of one count of first-degree battery and one count of second-degree battery, and this court affirmed. *Hinton v. State*, 2019 Ark. 136, 572 S.W.3d 381. Hinton has filed a pro se motion in this court in which he seeks copies of the appellant's brief, the State's response, and the record from his counsel, William P. Luppen, regarding the above-referenced appeal. This court directed Luppen to file a response as required by Rule 19 of the Arkansas Rules of Appellate Procedure–Criminal (2019). *Hinton v. State*, 2020 Ark. 9. Because the requirements of Rule 19 have been satisfied, Hinton's motion is rendered moot.

Pursuant to the requirements of Arkansas Rule of Appellate Procedure–Criminal 19, Hinton contends in his motion that he requested the documents from Luppen and that Luppen declined to provide him those copies. Ark. R. App. P.–Crim. 19(a) (requiring

a convicted offender who seeks a copy of the briefs and record on appeal at public expense to file a motion with this court indicating a request for the documents was made to counsel and counsel did not provide the documents). A copy of the motion was served on Luppen, and he has responded, stating that he provided paper copies of Hinton's appellate brief and the State's responsive brief, which he mailed by certified mail. Luppen further stated that he is prepared to provide a paper copy of the seven-volume record. *See* Ark. R. App. P.–Crim. 19(b) (requiring that counsel shall file a response committing to provide the requested documents or provide good cause why counsel will not provide the documents).

Counsel is to provide Hinton the paper copy of the record within thirty days of this opinion. Because Hinton has received the remedy sought pursuant to Rule 19, his motion is rendered moot.

Motion moot.